# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Force 3, LLC f/k/a Force 3, Inc. ) | ASBCA No. 60386 |
| ) | |
| Under Contract No. W912PQ-14-M-0105 ) | |

APPEARANCE FOR THE APPELLANT:        Timothy B. Hyland, Esq.
                                                                    Harris, St. Laurent and Chaudhry, LLP
                                                                    Reston, VA

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
                                                                    Army Chief Trial Attorney
                                                                    CPT Matthew A. Freeman, JA
                                                                    Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 26 October 2016

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60386, Appeal of Force 3, LLC f/k/a Force 3, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals